IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re Subpoena to<br>DYNA-TEK INDUSTRIES, INC.<br><br>DR. GREENS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SPECTRUM LABORATORIES, LLC,<br><br>        Defendant. | Misc. No. 2:12-mc-00226 KHV (GLR)<br><br>Case Pending in U.S. District Court<br>for the Southern District of California<br>Civil Action No. 11-cv-0638 JAH (CAB) |

**DYNA-TEK'S CONSENT MOTION FOR ADDITIONAL TIME
TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Non-party Dyna-Tek Industries, Inc. ("Dyna-Tek") requests permission to file a response to Defendant's Motion to Compel Dyna-Tek to Comply With Subpoena out of time. Dyna-Tek submits that for the reasons set forth below excusable neglect exists and the requested extension should be granted. Dyna-Tek has sought and received written consent from the Defendant for the requested extension. In support, Dyna-Tek states as follows.

1. Defendant filed a Motion to Compel Dyna-Tek to Comply With Subpoena on April 27, 2012.

2. According to Local Rule 6.1(d)(1) for non-dispositive motions, Dyna-Tek's responsive pleading was due 14 days thereafter on May 11, 2012.

3. Dyna-Tek's counsel inadvertently applied Local Rule 6.1(d)(2) for dispositive motions and docketed May 18, 2012 as the date a responsive pleading was due.

4. The error was discovered on May 17, 2012 when Dyna-Tek's counsel received Defense counsel's email of May 16, 2012 and the Order Granting Motion Of Spectrum

Laboratories, LLC To Compel Dyna-Tek Industries, Inc. To Comply With Subpoena, attached thereto.

5. The inadvertent application of Local Rule 6.1(d)(2) and consequent miscalculation by Dyna-Tek's counsel was not the result of "forces beyond [his] control, such as an act of God or unforeseeable human intervention." Pioneer Investment Services Company v. Brunswick Associates Limited Partnership, et al., 507 U.S. 380, 387 (1993).

6. However, Pioneer states that excusable neglect "is a somewhat elastic concept and is not limited strictly to omissions caused by circumstances beyond the control of the movant." Id. at 392. The relevant circumstances are: i) the danger of prejudice to Defendant; ii) the length of the delay and its potential impact on the proceedings; iii) the reason for the delay; and iv) whether Dyna-Tek's counsel acted in good faith. Id. at 395.

7. The length of the delay is one week; therefore, there is little danger of prejudice to the Defendant and negligible impact on the proceedings. Counsel made an inadvertent error in identifying and calculating the time to respond and did not purposefully delay to "flout a deadline." Id. at 388.

8. No prior extensions of time have been sought by Dyna-Tek.

9. Defendant has consented to Dyna-Tek's request for additional time to respond to the Defendant's Motion to Compel.

WHEREFORE, Dyna-Tek respectfully requests permission to file a response to Defendant's Motion to Compel Dyna-Tek to Comply With Subpoena out of time and no later than on May 18, 2012.

By _s/Sean T. Bradley_
    Sean T. Bradley, #20,398
    Erickson, Kernell, Derusseau
    & Kleypas, LLC

8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone:  (913) 549-4700
Facsimile:  (913) 549-4646
Email:  stb@kcpatentlaw.com

COUNSEL FOR DYNA-TEK
INDUSTRIES, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing CONSENT MOTION FOR ADDITIONAL TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL has been served electronically by email on counsel for Dr. Greens, Inc. and Spectrum Laboratories, Inc. on May 17, 2012 at the following addresses:

COUNSEL FOR DEFENDANT SPECTRUM LABORATORIES, INC.:

Normal E. Beal, Esq.
Beal & Reinhardt LLC
9120 W. 135th Street, Suite 204
Overland Park, Kansas  66221
Telephone: (913) 948-9895
Facsimile: (913) 948-9896
Email:  nbeal@brlawllc.com

Matthew J. Cavanagh, Esq.
McDonald Hopkins LLC
600 Superior Avenue East, Suite 2100
Cleveland, Ohio  44114
Telephone: (216)348-5730
Facsimile: (216)348-5474
Email: mcavanagh@mcdonaldhopkins.com

COUNSEL FOR PLAINTIFF DR. GREENS, INC.:

Gary L. Eastman, Esq.
401 West "A" Street, Suite 1785
San Diego, California  92101
Telephone: (619) 230-1144 x289
Facsimile: (619) 230-1194
Email: gary@garyeastman.com

If requested by counsel, printed copies will be served by deposit in the United States Mail.

                                          *s/Sean T. Bradley*
                                          Sean T. Bradley, #20,398
                                          COUNSEL FOR DYNA-TEK
                                          INDUSTRIES, INC